Filed 08/08/19  Case 19-23725  Doc 15

Kristy A. Hernandez, SBN: 231141
HERNANDEZ LAW GROUP
6939 Sunrise Blvd, Suite 111
Citrus Heights, CA 95610
Phone: (916) 728-1500
Facsimile: (916) 728-1515
E-Mail: kristy@khlawoffices.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:

SARAH CRISTELLE SANNEBECK,

Debtor,

Case No.: 2019-23725

Chapter 13

**ORDER CONFIRMING CHAPTER 13 PLAN FILED ON JUNE 11, 2019**

Judge: Christopher M. Klein

The Chapter 13 plan filed on June 11, 2019 of the above-named Debtor have been transmitted to all creditors, and it has been determined after notice and opportunity for hearing that Debtor's Plan satisfies the requirements of 11 U.S.C. section 1325.

Therefore, **IT IS ORDERED** that the Plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Chapter 13 Trustee of any change in Debtors' address;

2. Debtor shall immediately notify the Chapter 13 Trustee in writing of any termination, reduction of, or other change in the employment of Debtors; and

3. Debtor shall appear in Court whenever notified to do so by the Court.

RECEIVED
August 06, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006557662

**IT IS FURTHER ORDERED** that the attorney's fees for Debtor's attorney in the full amount of $4,000.00 are approved, $1,500.00 of which was paid prior to the filing of the petition. The balance of $2,500.00, provided that the attorney and Debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan. Debtor's attorney will seek the Court's approval by complying with Local Bankruptcy Rule 2016-1(c).

**IT IS FURTHER ORDERED** that the Debtor shall turnover all future Federal & State tax refunds exceeding $2,000.00 to the trustee throughout the life of the plan.

*[signature]* 08-09-19
Approved by the Chapter 13 Trustee as to form.

DATED:                                                    BY THE COURT

Dated: August 08, 2019

_____
United States Bankruptcy Judge

2